| | |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED**<br>July 23, 2008<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>DEPUTY CLERK |
| EASTERN DISTRICT OF CALIFORNIA | |

**JUDGMENT IN A CIVIL CASE**

JAMES RITCHIE,

       Plaintiff,                             CIV S-08-1340 FCD EFB

       v.

NCO FINANCIAL SYSTEMS, INC.,

       Defendant.

       IT IS ORDERED AND ADJUDGED:

       **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON JULY 22, 2008.**

                                                              Victoria C. Minor,
                                                             Clerk of the Court

ENTERED:    July 23, 2008

                                                             by:_____/s/_____
                                                                Michele Krueger,
                                                               Courtroom  Deputy